

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2018

No. 04-17-00609-CV

Marta **ARREDONDO,**
Appellants

v.

**TECHSERV CONSULTING** and Training, Ltd., T&D Solutions, LLC, and AEP Texas Central
Company,
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 15-08-16922-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

    Appellee Techserv's Second Motion for Extension of Time to file brief is GRANTED.
The appellees' brief is due on February 20, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 2nd day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court